```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
XAVIER RASHWAN HERNDON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-043 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| XAVIER RASHAWN HERNDON, | ) Date: June 13, 2005 |
| | ) Time: 9:30 A.M. |
| | ) Judge: Hon. Frank C. Damrell |
| Defendant. | ) |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant XAVIER RASHAWN HERNDON as follows:

It is agreed that the current Status Conference set for May 31, 2005, be vacated, and that a status conference date of June 13, 2005 at 9:30 a.m. be set. The Time is excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

Defense counsel has not received the written plea offer in this case as of this date. Defense counsel needs the additional time to received and review with the defendant the plea agreement. In addition, defense counsel will be out of town on the date of the

current status conference.

It is further stipulated and agreed between the parties that the period beginning May 31, 2005 to June 13, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 24, 2005

                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender

                                /s/LINDA HARTER_____
                                LINDA HARTER
                                Assistant Federal Defender
                                Attorney for Defendant
                                XAVIER RASHAWN HERNDON

                                MCGREGOR W. SCOTT
                                United States Attorney

Dated:_May 24, 2005__        /s/WILLIAM WONG_____
                                WILLIAM WONG
                                Assistant U.S. Attorney


                                **ORDER**

    **IT IS SO ORDERED.**

DATED: June 1, 2005

                                /s/ Frank C. Damrell Jr._____
                                HONORABLE FRANK C. DAMRELL JR.
                                District Court Judge

Xavier Herndon/Stip and Proposed Order