```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
XAVIER RASHAWN HERNDON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-043 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| XAVIER RASHAWN HERNDON, ) | Date: June 13, 2005 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell |
| Defendant. ) | |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant XAVIER RASHAWN HERNDON as follows:

It is agreed that the current Status Conference set for June 14, 2005, be vacated, and that a status conference date of June 20, 2005 at 9:30 a.m. be set.  The Time is excluded pursuant to U.S.C. §3161(h)(8)(A).

Defense counsel has not received the written plea offer in this case as of this date.  Defense counsel needs the additional time to received and review with the defendant the plea agreement.

It is further stipulated and agreed between the parties that the

period beginning June 14, 2005 to June 20, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 13, 2005

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

    /s/LINDA HARTER_____
    LINDA HARTER
    Assistant Federal Defender
    Attorney for Defendant
    XAVIER RASHAWN HERNDON

    MCGREGOR W. SCOTT
    United States Attorney

Dated: June 13, 2005    /s/WILLIAM WONG_____
    WILLIAM WONG
    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: June 13, 2005

    /s/ Frank C. Damrell Jr._____
    HONORABLE FRANK C. DAMRELL JR.
    District Court Judge

Xavier Herndon/Stip and Proposed Order