DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XAVIER HERNDON

FILED
JAN 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER HERNDON,<br><br>    Defendant. | No. Cr. S 04-043 FCD<br><br>[~~PROPOSED~~] ORDER APPOINTING COUNSEL<br><br><br>Time:<br>Judge: Hon. Frank C. Damrell |

Xavier Herndon has been in state and federal custody since early 2004 and the Court is informed he is indigent and cannot hire private counsel. He is currently incarcerated by the Bureau of Prisons in Oklahoma.

Mr. Herndon filed a Motion to Correct Sentence on December 16, 2008. He filed the Motion pro se.

Good cause appearing, the Court appoints Linda Harter from the Office of the Federal Defender pursuant to 18 U.S.C. § 3006A to represent him in this matter.

Dated:    January, 2009
                15

_____
HON. FRANK C. DAMRELL, JR.
U.S. DISTRICT COURT JUDGE