1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,

13              Plaintiff,              2:04-CR-0043 FCD

14       vs.                           ORDER FOR RELEASE OF PERSON IN
                                        CUSTODY
15  XAVIER RASHAWN HERNDON
        AKA BILLY BURKS,
16
17              Defendant.
    _____/

18  TO:    UNITED STATES MARSHAL:

19            This is to authorize and direct you to release XAVIER RASHAWN HERNDON, aka

20  BILLY BURKS, Case No. CR.S-04-0043 FCD, Charge 18 U.S.C. § 922(g)(1) - Felon in Possession

21  of a Firearm, from custody subject to the conditions listed below:

22            ___     Release on Personal Recognizance

23            ___     Bail Posted in the Sum of $ [ ]

24                    ___    Unsecured Appearance Bond

25                    ___    Appearance Bond with 10% Deposit

26

1      ___    Appearance Bond with Surety

2      ___    Corporate Surety Bail Bond

3      _X__  (Other) [Defendant resentenced to TIME SERVED in open court on

4 March 23, 2009. Defendant shall comply with all conditions of supervision

5 as noted in court and which shall be listed in the written Amended Judgment

6 to issue].

7 Issued at Sacramento, California on March 23, 2009, at 10:25 a.m.

11 Dated:  March 23, 2009

                                      FRANK C. DAMRELL, JR.

12                                    UNITED STATES DISTRICT JUDGE