IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

XAVIER RASHAWN HERNDON,
aka: BILLY BURKS,

        Defendant.
                                             /

CR. S-04-00043-01 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release XAVIER RASHAWN HERNDON , Case No. CR. S-04-00043-01 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_   (Other) [Defendant is sentenced to Time Served, and Supervised Release granted on March 1, 2010 is continued with all previously ordered conditions in effect and with modifications. A Judgment and Commitment Order to issue].

Issued at Sacramento, CA on June 20, 2011 at 10:30 a.m.

Dated: June 20, 2011

                         FRANK C. DAMRELL JR.
                         UNITED STATES DISTRICT JUDGE

HERNDON, XAVIER Order release TSR violation.wpd    2