```
                                FILED
                                December 10, 2012
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                _____
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>v.                            )<br>                              )<br>XAVIER RASHAWN HERNDON,       )<br>                              )<br>          Defendant.          ) | Case No. 2:04-cr-00043-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release XAVIER RASHAWN HERNDON, Case No. 2:04-cr-00043-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___    Bail Posted in the Sum of:  $

          ___    Co-Signed Unsecured Appearance Bond

          ___    Secured Appearance Bond

    **X**    (Other) <u>Previously imposed Supervised Release conditions.</u>

    ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>12/10/2012</u> at <u>3:01 p.m.</u>

By <u>/s/ Edmund F. Brennan</u>
     Edmund F. Brennan
     United States Magistrate Judge